UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-111 (JEB) |
| | : | |
| CHARLES HAND and, | : | |
| MANDY ROBINSON-HAND | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and for clarity of the record, of the following exhibits that were provided to the Court and defense counsel in relation to the government's sentencing memorandums (ECF No. 36 and 37). Exhibit one is a rioter video of defendant Charles Hand and exhibits two and three are videos taken by Mary Robinson-Hand at the Captiol. These exhibits were provided to the Court and opposing counsel via USAFx on January 9, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Brian Brady*
Brian Brady
Trial Attorney, Department of Justice
DC Bar No. 1674360
1301 New York Ave. N.W., Suite 800
Washington, DC 20005
(202) 834-1916
Brian.Brady@usdoj.gov

1